IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MELVIN WHITE**                                                                                   **PLAINTIFF**

v.                                    Case No: 4:23-CV-00502-LPR

**DALLAS COUNTY JAIL, et al.**                                                          **DEFENDANTS**

### ORDER

Plaintiff Melvin White has not responded to the Court's October 25, 2023 Order directing him to either pay the $402 statutory filing fee or file a completed Motion to Proceed *In Forma Pauperis* reflecting his free-world financial status within 30 days.[1]  The Court warned Plaintiff that his failure to do one or the other could result in the dismissal of his Complaint without prejudice.[2]  Despite this warning, Plaintiff has not paid the filing fee, filed a completed Motion to Proceed *In Forma Pauperis* reflecting his free-world financial status, or otherwise responded to the Court's October 25 Order—and the time for doing so has expired.

Because Plaintiff has failed to respond, his Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 8th day of December 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 8).

[2] *Id*.  Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides, in part:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. . . . If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.